UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| K. K., a minor b/n/fs Amber Mollett and William Kolling, <br> AMBER MOLLETT, <br> WILLIAM KOLLING, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES EAST, LP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:18-cv-00345-DLP-WTL <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DISMISSAL**

The Court, having considered the *Stipulation of Dismissal with Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

So ORDERED.

Date: 3/11/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email